UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY SOVERNS,<br><br>                              Plaintiff,<br><br>v.<br><br>COLLECTIONS CONSULTANTS OF CALIFORNIA,<br><br>                              Defendant. | Case No.:  15CV1912 BEN (BGS)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Docket No. 19] |

The parties' Joint Motion to Dismiss is **GRANTED**.  This action is **DISMISSED with prejudice** with each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated:  February 2, 2016

　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　Hon. Roger T. Benitez
　　　　　　　　　　　　　　　　　　United States District Judge